**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Zenaida Pattugalan Estaris** | | Social Security number or ITIN **xxx–xx–1979** |
| | First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | | Date case filed for chapter **11   7/3/18** |
| Case number:   **1–18–43889–cec** | | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

**Revised: 12/15**

**For the debtor(s) listed above, a case has been filed under Chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice.  However, the full numbers must not appear on any document filed with the court.  Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Zenaida Pattugalan Estaris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 135 Ocean Parkway, Apt. 16D<br>Brooklyn, NY 11218 | |
| 4. | **Debtor's Attorney** Name and address | James H Shenwick<br>Shenwick & Associates<br>122 East 42nd Street<br>Suite 620<br>New York, NY 10168 | Contact Phone  (212) 541–6224<br><br>Email:  jshenwick@gmail.com |
| 5. | **Meeting of Creditors** | **August 6, 2018 at 10:00 AM** | Location:<br>**271–C Cadman Plaza East, Room 2579 – 2nd Floor, Brooklyn, NY 11201–1800** |
| 6. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to File a Complaint to Determine Dischargeability of Certain Debts: October 5, 2018** | **Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Whether Certain Debts are Dischargeable:** *First date set for hearing on confirmation of plan.* Notice of that date will be sent at a later time. |
| | | **Deadline to File a Proof of Claim:** Notice of deadline will be sent at a later time. | **Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors. |
| 7. | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed in #5 of this notice. In a joint case, both spouses must attend to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the U.S. Trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | |
| 8. | **Bankruptcy Clerk's Office** Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office: 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800<br><br>Clerk of the Bankruptcy Court: Robert A. Gavin, Jr. | Hours Open:<br>Monday – Friday 9:00 AM – 4:30 PM<br><br>Contact Phone (347) 394–1700<br><br>Date: 7/5/18 |

**For more information, see page 2 >**

Debtor **Zenaida Pattugalan Estaris**                                                    Case number **1–18–43889–cec**

| 9. | Filing a Chapter 11 Bankruptcy Case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|
| 10. | Creditors May Not Take Certain Actions | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| 11. | Exempt Property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 6. |
| 12. | Legal Advice | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| 13. | Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form "Official Form 410" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br>***Do not include this notice with any filing you make with the court.*** |
| 14. | Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. You will be sent another notice telling you of that date. |
| 15. | Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website ebn.uscourts.gov, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email**. |
| 16. | Creditors with a Foreign Address | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 17. | Form 121 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| 18. | Copies of The Petition Must Be Served on The Following Parties | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101–7346.<br><br>Securities and Exchange Commission, Northeast Regional Office, Woolworth Building, 233 Broadway, New York, New York 10279. |