UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

Zenaida Pattugalan Estaris

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 18-43889-cec
(Chapter 11)

Assigned to:
Hon. Carla E. Craig
Bankruptcy Judge

    PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Seterus, Inc. in the within proceeding with regard to its interest in the property known as 135 Ocean Parkway, Brooklyn, NY 11218.

    Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   July 16, 2018
            Williamsville, New York

            Yours,
            GROSS POLOWY, LLC
            Attorneys for Seterus, Inc.

            Courtney R Williams, Esq.
            Gross Polowy, LLC
            1775 Wehrle Drive, Suite 100
            Williamsville, NY 14221
            Telephone (716)204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Eastern District Of New York

   James H. Shenwick, Esq.    Attorney for Debtor

   U.S. Trustee                   Chapter 11 Trustee