**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF NEW YORK
_____X

In Re:                                                                   Chapter 11
                                                                              Case No. 18-43889-cec
        ZENAIDA ESTARIS,
                Debtor.
_____X

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

     PLEASE TAKE NOTICE that the Commissioner of the New York State Department of Taxation and Finance by Josh Russell, District Tax Attorney, hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of Zenaida Estaris, and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

     PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

DATED: July 18, 2018

        AMANDA HILLER
        Deputy Commissioner and Counsel

BY:   */s/ Josh Russell*
       Josh Russell, Esq.
       District Tax Attorney
       250 Veterans Highway
       Hauppauge, NY 11788
       (631) 595-4279

# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing notice of appearance and demand for papers was served on this 18th day of July 2018 via the court's ECF system on those parties registered to receive notice in this case.

*/s/ Josh Russell*
JOSH RUSSELL