UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE                                                   CHAPTER 11

    ZENAIDA PATTUGALAN ESTARIS        CASE NO. 18-43889

                                      DEBTOR

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Nationstar Mortgage LLC as Servicer for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006- 13, a creditor and a party in interest, pertaining to property located at 1907 Ditmas Avenue, Brooklyn, NY 11226, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: July 17, 2018

                                              Respectfully Submitted,

                                              /s/Shari Barak
                                              Shari S. Barak
                                              Managing Attorney
                                              Shapiro, DiCaro & Barak, LLC
                                              Attorneys for Nationstar Mortgage LLC as Servicer
                                              for Wilmington Trust, National Association, not in its
                                              individual capacity but solely as successor trustee to
                                              Citibank, N.A. as Trustee to Lehman XS Trust
                                              Mortgage Pass-Through Certificates, Series 2006- 13
                                              One Huntington Quadrangle, Suite 3N05
                                              Melville, NY 11747
                                              Telephone: (631) 844-9611
                                              Fax: (631) 844-9525